1  Michele R. Stafford, Esq. (SBN 172509)
   Muriel B. Kaplan, Esq. (SBN 124607)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900 – Phone
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  mkaplan@sjlawcorp.com

6  Attorneys for Plaintiffs

7  Maria Anastas, Esq. (SBN 229787)
   Brooke S. Purcell, Esq. (SBN260058)
8  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
9  One Market Plaza
   San Francisco, CA 94105
10 (415) 442-4810 – Phone
   (415) 442-4870 – Facsimile
11 maria.anastas@ogletreedeakins.com
   brooke.purcell@ogletreedeakins.com
12
   Attorneys for Defendant
13

14

15              UNITED STATES DISTRICT COURT

16         FOR THE NORTHERN DISTRICT OF CALIFORNIA

17 NORTHERN CALIFORNIA GLAZIERS,          Case No.: CV-13-5378 SA
   ARCHITECTURAL METAL AND GLASS
18 WORKERS PENSION TRUST FUND, et al.,    **JOINT REQUEST FOR CONTINUANCE
                                          OF CASE MANAGEMENT
19          Plaintiffs,                   CONFERENCE; and [PROPOSED]
                                          ORDER THEREON**
20      v.
                                          Date:  Thursday, February 20, 2014
21 LEDEIT & SONS GLASS, INC. a California  Time:  3:00 p.m.
   corporation,                           Ctrm:  1, 4th Floor
22                                                1301 Clay Street
            Defendant.                            Oakland, California
23                                        Judge: Honorable Saundra Brown Armstrong

24

25      Plaintiffs and Defendants both respectfully request   that   the   Case   Management

26 Conference scheduled for February 20, 2014, at 3:00 p.m., be continued for sixty (60) days, as

27 follows:

28
                       **JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
                            AND [PROPOSED] ORDER THEREON
                            Case No.: C13-5378**

1.     As the Court's records will reflect, this action was filed on November 30, 2013 (Dkt. #1) to compel Defendant's compliance with its collective bargaining agreement in relation to amounts found due on an audit of its payroll records for the period of January 1, 2010 through March 31, 2013. Plaintiffs requested a further audit be performed for the period April 1, 2013 through the present.  Service on Defendant was effectuated on November 21, 2013. A Proof of Service of Summons was filed with the Court (Dkt. #8). Defendant filed an Answer to the Complaint on December 26, 2013 (Dkt. #13).

2.     The parties have met and conferred, and are working toward an informal resolution. Plaintiffs' auditors are in the process of completing an audit of Defendant's records. The parties intend to wait until the audit is complete, review it, and discuss any objections to the contents with the goal of resolving this matter without Court intervention.

3.     Plaintiffs and Defendants herein respectfully request that the Case Management Conference, currently scheduled for February 20, 2014, be continued for forty-five (45) to sixty (60) days to allow the completion of the audit of Defendant's records and to allow the parties to discuss the audit and other conditions of settlement.

///
///
///
///
///
///
///
///
///
///
///
///
///

-2-
**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**AND [PROPOSED] ORDER THEREON**
**Case No.: C13-5378**

4.      There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, both parties respectfully request that the Court continue the currently scheduled Case Management Conference.

Dated: February 11, 2014                  **SALTZMAN & JOHNSON**
                                          **LAW CORPORATION**


                                    By:   _____/S/_____
                                          Michele R. Stafford
                                          Attorneys for Plaintiffs

Dated: February 11, 2014                  **OGLETREE, DEAKINS, NASH,**
                                          **SMOAK & STEWART, P.C.**


                                    By:   _____/S/_____
                                          Brooke Purcell
                                          Attorneys for Defendants


IT IS SO ORDERED.

        Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to 4/24/14, at 2:45 , and all related deadlines are extended accordingly.


Date: ____2/11/2014____        _____
                               THE HONORABLE SAUNDRA BROWN  ARMSTRONG,
                               UNITED STATES DISTRICT COURT

P:\CLIENTS\GLACL\Ledeit and Sons\Pleadings\Request to Continue CMC.doc