1  Michele R. Stafford, Esq. (SBN 172509)
   Erica J. Russell, Esq. (SBN 274494)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900 – Phone
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  erussell@sjlawcorp.com

6  Attorneys for Plaintiffs

7  Maria Anastas, Esq. (SBN 229787)
   Brooke S. Purcell, Esq. (SBN260058)
8  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
9  One Market Plaza
   San Francisco, CA 94105
10 (415) 442-4810 – Phone
   (415) 442-4870 – Facsimile
11 maria.anastas@ogletreedeakins.com
   brooke.purcell@ogletreedeakins.com
12
   Attorneys for Defendant
13

14              UNITED STATES DISTRICT COURT

15           FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS<br>17  WORKERS PENSION TRUST FUND, et al., | Case No.: C13-5378 SA<br><br>**JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT**<br>18  Plaintiffs, | **CONFERENCE; and [PROPOSED]<br>ORDER THEREON**<br>19  v.<br><br>Date:  April 24, 2014<br>20  LEDEIT & SONS GLASS, INC., a California | Time:  2:45 p.m.<br>corporation, | Ctrm:  1, 4th Floor<br>21                                                         1301 Clay Street<br>Defendant.                                Oakland, California<br>22                                                         Judge: Honorable Saundra Brown Armstrong |

23      Plaintiffs and Defendant respectfully request that the Case Management Conference

24 scheduled for April 24, 2014, at 2:45 p.m., be continued for approximately sixty (60) days. Good

25 cause exists for the continuance, as follows:

26      1.     As the Court's records will reflect, this action was filed on November 30, 2013 to

27 compel Defendant's compliance with its collective bargaining agreement in relation to amounts

28 found due on an audit of its payroll records for the period of January 1, 2010 through March 31,

1     2013. (Dkt. #1).

2         2.     Service on Defendant was effectuated on November 21, 2013. A Proof of Service

3     of Summons was filed with the Court. (Dkt. #8).

4         3.     Defendant filed an Answer to the Complaint on December 26, 2013. (Dkt. #13).

5         4.     Plaintiffs requested that a further audit of Defendant's payroll records be performed

6     for the period from April 1, 2013 through the present.

7         5.     Plaintiffs' auditors have completed the further audit of Defendant's records for the

8     period from April 1, 2013 through the present, and the audit report is being finalized. The parties

9     intend to wait until the final audit report on the second audit is issued, review it, and discuss any

10     objections to the contents with the goal of resolving this matter without Court intervention.

11         6.     Plaintiffs and Defendant therefore respectfully request that the Case Management

12     Conference, currently scheduled for April 24, 2014, be continued for approximately sixty (60)

13     days to allow sufficient time for the final audit report to be issued and to allow the parties to

14     further meet and confer to work toward an informal resolution of this matter.

15     ///

16     ///

17     ///

18     ///

19     ///

20     ///

21     ///

22     ///

23     ///

24     ///

25     ///

26     ///

27     ///

28     ///

7. There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, both parties respectfully request that the Court continue the currently scheduled Case Management Conference.

Dated: April 14, 2014

**SALTZMAN & JOHNSON LAW CORPORATION**

By: /S/
Erica J. Russell
Attorneys for Plaintiffs

Dated: April 14, 2014

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: /S/
Brooke Purcell
Attorneys for Defendants

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to 6/26/2014, at 2:30, and all related deadlines are extended accordingly.

Date: 4/15/2014

*[signature: Saundra B Armstrong]*

THE HONORABLE SAUNDRA BROWN ARMSTRONG,
UNITED STATES DISTRICT COURT

-3-
JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER THEREON
Case No.: C13-5378 SA

P:\CLIENTS\GLACL\Ledeit and Sons\Pleadings\Request to Continue CMC 041414.doc