1  Michele R. Stafford, Esq. (SBN 172509)
   Erica J. Russell, Esq. (SBN 274494)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900 – Phone
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  erussell@sjlawcorp.com

6  Attorneys for Plaintiffs

7  Maria Anastas, Esq. (SBN 229787)
   Joseph L.J. Appel, Esq. (SBN 276946)
8  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
9  One Market Plaza
   San Francisco, CA 94105
10 (415) 442-4810 – Phone
   (415) 442-4870 – Facsimile
11 maria.anastas@ogletreedeakins.com
   joseph.appel@ogletreedeakins.com
12
   Attorneys for Defendant
13

14              UNITED STATES DISTRICT COURT

15        FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS | Case No.: C13-5378 SA |
| 17  WORKERS PENSION TRUST FUND, et al., | **JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT** |
| 18              Plaintiffs, | **CONFERENCE; ORDER THEREON** |
| 19         v. | Date:  June 26, 2014 |
| 20  LEDEIT & SONS GLASS, INC., a California | Time:  2:30 p.m. Ctrm: 1, 4th Floor |
| corporation, | 1301 Clay Street |
| 21 | Oakland, California |
|              Defendant. | Judge: Honorable Saundra Brown Armstrong |

22
23         Plaintiffs and Defendant respectfully request that the Case Management Conference

24  scheduled for June 26, 2014, at 2:30 p.m., be continued for approximately thirty (30) days.  Good

25  cause exists for the continuance, as follows:

26         1.     As the Court's records will reflect, this action was filed on November 30, 2013 to

27  compel Defendant's compliance with its collective bargaining agreement in relation to amounts

28  found due on an audit of its payroll records for the period of January 1, 2010 through March 31,

1  2013. (Dkt. #1).

2      2.      Service on Defendant was effectuated on November 21, 2013. A Proof of Service

3  of Summons was filed with the Court. (Dkt. #8).

4      3.      Defendant filed an Answer to the Complaint on December 26, 2013. (Dkt. #13).

5      4.      Plaintiffs requested that a further audit of Defendant's payroll records be performed

6  for the period from April 1, 2013 through the present.

7      5.      Plaintiffs' auditors completed the further audit of Defendant's records for the

8  period from April 1, 2013 through the present and the audit report was finalized and issued on

9  April 29, 2014.

10     6.      In addition, the audit report for the period of January 1, 2010 through March 31,

11  2013 was revised to reflect a reduction of amounts owed for Richard Ledeit for the time period

12  from January 1, 2013 through March 31, 2013 as Mr. Ledeit was eligible not to contribute to the

13  Trust Funds on behalf of himself as an owner-member during that time period.  The revised audit

14  report was finalized and issued on May 16, 2014.

15     7.       Plaintiffs have been informed by the Trust Funds' administrator that Defendant has

16  failed to report and pay April 2014 contributions, which were due on May 15, 2014 and delinquent

17  when not received by May 31, 2014.  Plaintiffs have requested that Defendant submit its April

18  2014 contribution report so that Plaintiffs can determine how much is owed for that month,

19  including liquidated damages and interest incurred on the delinquent contributions.

20     8.      The parties have been continuing to work toward an informal resolution of this

21  matter and Defendant has requested a payment plan to satisfy its debt owed to Plaintiffs.

22     9.      Plaintiffs and Defendant therefore respectfully request that the Case Management

23  Conference, currently scheduled for June 26, 2014, be continued for approximately thirty (30)

24  days to allow sufficient time for the parties to finalize the informal resolution of this matter.

25  ///

26  ///

27  ///

28  ///

-2-
**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER THEREON**
**Case No.: C13-5378**

10.   There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, both parties respectfully request that the Court continue the currently scheduled Case Management Conference.

Dated: June 13, 2014                    **SALTZMAN & JOHNSON**
                                        **LAW CORPORATION**


                                By:   /s/
                                      _____
                                      Erica J. Russell
                                      Attorneys for Plaintiffs

Dated: June 13, 2014                    **OGLETREE, DEAKINS, NASH,**
                                        **SMOAK & STEWART, P.C.**


                                By:   /s/
                                      _____
                                      Joseph L.J. Appel
                                      Attorneys for Defendant

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Telephonic Case Management Conference is hereby continued to **July 31, 2044, at 2:30 p.m.**, and all related deadlines are extended accordingly.  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven  (7) days prior to the Case Management Conference  that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 879-3550 at the above indicated date and time.


Date: 6/16/2014

                                      _____
                                      THE HONORABLE SAUNDRA BROWN ARMSTRONG
                                      UNITED STATES DISTRICT COURT

-3-
**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER THEREON**

C:\Users\rileyn\AppData\Local\Temp\notes95EC0B\Request to Continue CMC 061314.doc
SA

**Case No.: C13-5378**