Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900 – Phone
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

Maria Anastas, Esq. (SBN 229787)
Joseph L.J. Appel, Esq. (SBN 276946)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
(415) 442-4810 – Phone
(415) 442-4870 – Facsimile
maria.anastas@ogletreedeakins.com
joseph.appel@ogletreedeakins.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LEDEIT & SONS GLASS, INC., a California corporation, <br><br> Defendant. | Case No.: C13-5378 SA <br><br> **JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; CORRECTED ORDER THEREON** <br><br> Date:  June 26, 2014 <br> Time:  2:30 p.m. <br> Ctrm:  1, 4th Floor <br>            1301 Clay Street <br>            Oakland, California <br> Judge: Honorable Saundra Brown Armstrong |

Plaintiffs and Defendant respectfully request that the Case Management Conference scheduled for June 26, 2014, at 2:30 p.m., be continued for approximately thirty (30) days. Good cause exists for the continuance, as follows:

1. As the Court's records will reflect, this action was filed on November 30, 2013 to compel Defendant's compliance with its collective bargaining agreement in relation to amounts found due on an audit of its payroll records for the period of January 1, 2010 through March 31,

1  2013. (Dkt. #1).

2    2. Service on Defendant was effectuated on November 21, 2013. A Proof of Service
3  of Summons was filed with the Court. (Dkt. #8).

4    3. Defendant filed an Answer to the Complaint on December 26, 2013. (Dkt. #13).

5    4. Plaintiffs requested that a further audit of Defendant's payroll records be performed
6  for the period from April 1, 2013 through the present.

7    5. Plaintiffs' auditors completed the further audit of Defendant's records for the
8  period from April 1, 2013 through the present and the audit report was finalized and issued on
9  April 29, 2014.

10   6. In addition, the audit report for the period of January 1, 2010 through March 31,
11 2013 was revised to reflect a reduction of amounts owed for Richard Ledeit for the time period
12 from January 1, 2013 through March 31, 2013 as Mr. Ledeit was eligible not to contribute to the
13 Trust Funds on behalf of himself as an owner-member during that time period. The revised audit
14 report was finalized and issued on May 16, 2014.

15   7. Plaintiffs have been informed by the Trust Funds' administrator that Defendant has
16 failed to report and pay April 2014 contributions, which were due on May 15, 2014 and delinquent
17 when not received by May 31, 2014. Plaintiffs have requested that Defendant submit its April
18 2014 contribution report so that Plaintiffs can determine how much is owed for that month,
19 including liquidated damages and interest incurred on the delinquent contributions.

20   8. The parties have been continuing to work toward an informal resolution of this
21 matter and Defendant has requested a payment plan to satisfy its debt owed to Plaintiffs.

22   9. Plaintiffs and Defendant therefore respectfully request that the Case Management
23 Conference, currently scheduled for June 26, 2014, be continued for approximately thirty (30)
24 days to allow sufficient time for the parties to finalize the informal resolution of this matter.

25 ///

26 ///

27 ///

28 ///

-2-
**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON**
**Case No.: C13-5378**

C:\Users\rileyn\AppData\Local\Temp\notes95EC0B\Request to Continue CMC 061314.doc
SA

10. There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, both parties respectfully request that the Court continue the currently scheduled Case Management Conference.

Dated: June 13, 2014

**SALTZMAN & JOHNSON LAW CORPORATION**

By: /s/
Erica J. Russell
Attorneys for Plaintiffs

Dated: June 13, 2014

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: /s/
Joseph L.J. Appel
Attorneys for Defendant

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Telephonic Case Management Conference is hereby continued to **July 31, 2014, at 2:30 p.m**., and all related deadlines are extended accordingly. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven (7) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 879-3550 at the above indicated date and time.

Date: 6/16/2014

THE HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT